ABEL HARKER plaintiff in error vs. ELIZA McBRIDE Administratrix, &c., defendant in error, and one other cause.

A motion denied on the merits without any leave given to renew, can not be heard at a subsequent term. The party moving in such cases, should first move to open or vacate the former rule.

*Motion by plaintiff in error to set aside the judgments entered up in these causes, and to permit the plaintiff in error to be let in to an argument of the causes upon their merits.*—On the 10th February last, at the February special term, the plaintiff in error made a motion in these causes for the same purpose, for which he now moves; which motion

was denied with costs. The rule entered upon the decision of the motion reads as follows: " After hearing counsel for both parties on motion of plaintiff in error to set aside the judgments entered in the above entitled causes, ordered that same be denied with seven dollars costs."

M. T. REYNOLDS, *Plff's Counsel.*    MARTIN & STRONG, *Plff's Attys.*
S. STEVENS, *Defts Counsel.*    W. H. TAGGARD, *Defts Atty.*

BEARDSLEY, Justice.—Denied the motion on the ground that a final rule was entered at the last special term, without any leave given to renew.